UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF NEW YORK

| | |
|---|---|
| GREENFIELD SPV I, S.A.P.I. DE C.V., TERMINALES PORTUARIAS DEL PACÍFICO, S.A.P.I. DE C.V. and TERMINAL MARÍTIMA DE CARBÓN, S.A. DE C.V., <br><br>                    Petitioners, <br><br>         v. <br><br> COMISIÓN FEDERAL DE ELECTRICIDAD and CFE GENERACIÓN II EPS, <br><br>                    Respondents. | Civil Action No. <u>1:24-cv-06400-JSR</u> <br><br> **NOTICE OF APPEARANCE** |

To the Clerk of Court and all parties of record:

    PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for Petitioners Greenfield SPV I, S.A.P.I. de C.V., Terminales Portuarias del Pacífico, S.A.P.I. de C.V., and Terminal Marítima de Carbón, S.A. de C.V. in the above-captioned proceeding. I certify that I am admitted to practice in this Court.

Dated:  New York, New York
         August 26, 2024

                                        Respectfully Submitted,

                                        */s/ Gretta L. Walters*
                                        Gretta L. Walters
                                        **CHAFFETZ LINDSEY LLP**
                                        1700 Broadway, 33rd Floor
                                        New York, New York 10019
                                        Tel. (212) 257-6960
                                        Fax. (212) 257-6950
                                        g.walters@chaffetzlindsey.com
                                        *Attorneys for Petitioners*