UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREENFIELD SPV I, S.A.P.I. DE C.V., TERMINALES PORTUARIAS DEL PACÍFICO, S.A.P.I. DE C.V. and TERMINAL MARÍTIMA DE CARBÓN, S.A. DE C.V.,<br><br>                Petitioners,<br><br>v.<br><br>COMISIÓN FEDERAL DE ELECTRICIDAD and CFE GENERACIÓN II EPS,<br><br>                Respondents. | 24-CV-06400 (JAV)<br><br>NOTICE OF REASSIGNMENT |

JEANNETTE A. VARGAS, United States District Judge:

This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-jeannette-vargas. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

Dated: January 23, 2025
       New York, New York

                                                  */s/ Jeannette Vargas*
                                                  JEANNETTE A. VARGAS
                                                  United States District Judge