UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREENFIELD SPV I, S.A.P.I. DE C.V., TERMINALES PORTUARIAS DEL PACÍFICO, S.A.P.I. DE C.V. and TERMINAL MARÍTIMA DE CARBÓN, S.A. DE C.V.,<br><br>Petitioners,<br><br>v.<br><br>COMISIÓN FEDERAL DE ELECTRICIDAD and CFE GENERACIÓN II EPS,<br><br>Respondents. | Civil Action No. 24-cv-6400-JAV<br><br>NOTICE OF SPECIAL APPEARANCE OF COUNSEL |

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE that Chiara Spector-Naranjo, an attorney with the firm Lewis Baach Kaufman Middlemiss PLLC, who is admitted to practice before this Court, hereby appears as counsel of record in the above-captioned matter on behalf of Respondent Comisión Federal de Electricidad ("CFE"). CFE reserves all rights and defenses, including objections to service of process, and personal jurisdiction.

Dated:   July 11, 2025

                                                                                                            Respectfully Submitted,

                                                                                                           /s/ *Chiara Spector-Naranjo*

                                                                               Chiara Spector-Naranjo, Bar No. 4463790
LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
1050 K Street NW, Suite 400
Washington, DC  20001
Telephone: (202) 833-8900
*Attorney for Respondent, Comisión Federal de Electricidad*