UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREENFIELD SPV I, S.A.P.I. DE C.V., TERMINALES PORTUARIAS DEL PACÍFICO, S.A.P.I. DE C.V. and TERMINAL MARÍTIMA DE CARBÓN, S.A. DE C.V., <br><br>Petitioners, <br><br>v. <br><br>COMISIÓN FEDERAL DE ELECTRICIDAD and CFE GENERACIÓN II EPS, <br><br>Respondents. | Civil Action No. 24-cv-6400-JAV |

## STIPULATION OF VOLUNTARY DISMISSAL

WHEREAS on August 8, 2024, Petitioners commenced this proceeding against Comisión Federal de Electricidad ("CFE") and CFE Generación II EPS ("CFE Generación") by filing the Petition to Confirm and Enforce Foreign Arbitral Award (Dkt. 1);

WHEREAS CFE is the electric utility company of Mexico, wholly owned by the Mexican State, and CFE Generación was CFE's wholly owned subsidiary;

WHEREAS RESPONDENTS REPRESENT THAT, on March 19, 2025, CFE Generación was dissolved under Mexican law and ceased to exist as a legal entity;

WHEREAS RESPONDENTS REPRESENT THAT, pursuant to the terms of the dissolution, CFE assumed all rights and obligations of CFE Generación, including with respect to any pending litigation;

WHEREAS on July 11, 2025, Respondent CFE specially appeared in this litigation, reserving all rights and defenses, including objections to service and personal jurisdiction;

It is hereby STIPULATED AND AGREED between Petitioners and CFE, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), that this litigation is voluntarily DISMISSED as against CFE Generación.

It is further STIPULATED AND AGREED between Petitioners and CFE that all claims previously asserted against CFE Generación are now asserted against CFE, and Respondent CFE may assert any defenses previously available to CFE Generación.

It is further STIPULATED AND AGREED between Petitioners and CFE that CFE has 60 days from the date of service in accordance with the requirements of the Foreign Sovereign Immunities Act, 28 U.S.C. 1608, to respond to the Petition., and CFE may request an extension of this deadline by letter motion in accordance with Judge Vargas' Individual Rules and Practices, Paragraph 3.E.

Dated: New York, New York
July 10, 2025

_____
Andreas A. Frischknecht
Gretta Walters
Marcel Engholm
CHAFFETZ LINDSEY LLP
1700 Broadway, 33rd Floor
New York, NY 10019
Tel. (212) 257-6960
Fax (212) 257-6950
*Attorneys for Petitioners Greenfield SPV I, S.A.P.I. de C.V., Terminales Portuarias del Pacifico, S.A.P.I. de C.V., and Terminal Marítima de Carbón, S.A. de C.V*

Respectfully submitted,

_____
Cristián Francos
Chiara Spector-Naranjo
LEWIS BAACH KAUFMANN
MIDDLEMISS PLLC
1050 K Street NW, Suite 400
Washington, DC 20001
Telephone: (202) 833-8900

*Attorneys for Respondent Comisión Federal de Electricidad*

The Clerk of Court is directed to not close this case.

**SO ORDERED:**

_____
The Honorable Jeannette A. Vargas
United States District Judge
Dated: July 23, 2025

2

2368137.1