UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GREENFIELD SPV I, S.A.P.I. DE C.V., TERMINALES PORTUARIAS DEL PACÍFICO, S.A.P.I. DE C.V. and TERMINAL MARÍTIMA DE CARBÓN, S.A. DE C.V.,

    Petitioners,

v.

COMISIÓN FEDERAL DE ELECTRICIDAD and CFE GENERACIÓN II EPS,

    Respondents.

Civil Action No. 24-cv-6400-JAV

---

## NOTICE OF VOLUNTARY DISMISSAL

Petitioners Greenfield SPV I, S.A.P.I. de C.V., Terminales Portuarias del Pacífico, S.A.P.I. de C.V. and Terminal Marítima de Carbón, S.A. de C.V., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismiss this action in its entirety, without prejudice and without costs to any party.

Dated: New York, New York
         August 6, 2025

By: __/s/ Andreas A. Frischknecht____
Andreas A. Frischknecht
Gretta Walters
Marcel Engholm
CHAFFETZ LINDSEY LLP
1700 Broadway, 33rd Floor
New York, NY 10019
Tel. (212) 257-6960
Fax (212) 257-6950
*Attorneys for Petitioners Greenfield SPV I, S.A.P.I. de C.V., Terminales Portuarias del Pacífico, S.A.P.I. de C.V., and Terminal Marítima de Carbón, S.A. de C.V*

TO: Cristián Francos
    Chiara Spector-Naranjo
    LEWIS BAACH KAUFMANN
    MIDDLEMISS PLLC
    1050 K Street NW, Suite 400
    Washington, D.C. 20001
    Tel. (202) 833-8900

*Attorneys for Respondent Comisión Federal de Electricidad*

SO ORDERED:

_/s/ Jeannette Vargas_____
The Honorable Jeannette A. Vargas
United States District Judge
Dated: August 11, 2025

1